IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DERRICK COCHRAN, | * |
| Plaintiff, | * |
| v. | Case No.   7:22-cv-45(WLS) |
| | * |
| FRANK ROLLINS, et al., | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated June 10, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of June, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk